Charles P. Munn, Plaintiff in Error v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* January 19, 1909.)

Writ of error to Circuit Court, Columbia county; Bascom H. Palmer, Judge.

No appearance for the Plaintiff in Error.

Park Trammell, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General. counsel for the defendant in error.